IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JULIUS M. BURKETT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 107-080 |
| | ) | |
| LOGAN MARSHALL, Sheriff of McDuffie County; ROY REEVES, Lieutenant; FNU WILLIAMS, Major; CHRIS DURDEN, Captain; and MCDUFFIE COUNTY JAILOR'S STAFF 05-07, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims concerning poor sanitation and poor nutrition, his medical claims relating to his attempted suicide and skin condition, and his claims against Defendants Williams and the "McDuffie County Jailor's Staff 05-07," are **DISMISSED** for failure to state a claim upon which relief can be granted.

SO ORDERED this 30 day of November, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE