IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JULIUS M. BURKETT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 107-080 |
| | ) | |
| LOGAN MARSHALL, Sheriff, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' Motion for Summary Judgment is **GRANTED**, this civil action is **CLOSED**, and an appropriate final judgment shall be **ENTERED** in favor of Defendants.[1]

SO ORDERED this 23rd day of February, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1] The Court is aware that the Report and Recommendation and Order were returned as "undeliverable." (Feb. 05, 2009 docket entry). However, Plaintiff was cautioned that it is his responsibility to immediately inform this Court of any change of address. (See doc. no. 3, p. 4).